UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEITH RUSSELL JUDD, )
　)
Plaintiff, )
　)
v. )　Civil Action No. 07 2204
　)
FEDERAL ELECTION COMMISSION, )
　)
Defendant. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is DENIED pursuant to 28 U.S.C. § 1915(g), and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 11/09/07

　　　　　　　　　　　　　　　　　　　/s/ Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　　United States District Judge