# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5030**                                **September Term 2007**

07cv02204

**Filed On:** August 4, 2008

Keith Russell Judd,

    Appellant

    v.

Federal Election Commission,

    Appellee

**BEFORE:**   Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause filed May 6, 2008, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that appellant pay the $455 filing and docketing fee to the district court within 30 days of the date of this order.  See 28 U.S.C. § 1915(g) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if [he] has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."); see also Judd v. Lappin, No. 04-5337, unpublished order (D.C. Cir. Dec. 30, 2004); Judd v Ashcroft, No. 03-5124 (D.C. Cir. Sept 30, 2003) (ordering payment of filing fee because plaintiff had accumulated at least three strikes for purposes of § 1915(g)); Judd v U.S. District Court, No. 98-51155 (5th Cir. Apr. 16, 1999) (concluding that dismissal of third appeal as frivolous is third "strike for purposes of § 1915(g)); Judd v FEC, 07cv637 (E.D. Tex. Oct. 20, 2007) (barring plaintiff from proceeding in forma pauperis under § 1915(g) because he had accrued three strikes); Judd v Ferguson, 239 F. Supp. 2d 442, 445 (D.N.J. 2002) (noting that plaintiff had filed more than 200 civil actions and appeals in federal courts nationwide, more than a dozen of which were dismissed at the outset as frivolous); Judd v. FEC,No. 00-1064,

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5030**                                      **September Term 2007**

unpublished order (D.C. Cir. July 28, 2000) (holding that appellant has incurred three strikes). Although appellant argues that § 1915(g) does not apply in light of his hernia condition, this court has already held that the hernia does not satisfy § 1915(g)'s imminent-danger exception. See, e.g., Judd v. Lappin, No. 04-5186, unpublished order (D.C. Cir. Nov. 22, 2004). Nor does the "political opposition" situation appellant describes suggest imminent danger. Moreover, none of the arguments advanced by appellant in his response to the order to show cause justifies reconsidering the dispositions taken in the court's order filed May 6, 2008.

Accordingly, appellant may not proceed in forma pauperis and must pay the full filing and docketing fee within 30 days of the date of this order. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to transmit a copy of this order to appellant by whatever means necessary to ensure receipt.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Heather Stockslager
Deputy Clerk/LD